**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **ELAINE J. LEE, Ed.D.**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 16 C 7528 |
| | ) | |
| **SCOTT NASATIR**, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM ORDER**

Elaine Lee ("Lee") has filed a self-prepared Complaint charging four defendants with employment discrimination under Title VII in connection with her employment as a school psychologist for the Melrose Park School District 89 in Melrose Park, Illinois. Although this Court is contemporaneously issuing its customary initial scheduling order in the case, its printout of Lee's Complaint (Dkt. No. 1) includes only its Ex. 1 (her EEOC Charge of Discrimination, shown as "page 8 of 8") but not EEOC's right-to-sue letter, which Complaint ¶ 8 mistakenly alleges "is attached as Exhibit 2." Accordingly Lee is ordered (1) to file the missing Ex. 2 (with a direction to the Clerk's Office that identifies it as part of this Case No. 16 C 7528) and also (2) to send a copy of that Exhibit directly to this Court's chambers, as required by District Court LR 5.2(f).

_____
Milton I. Shadur
Senior United States District Judge

Date: July 28, 2016